**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| TASIA OWENS, et al., *individually and behalf of all others similarly situated*, <br><br>      *Plaintiffs*, <br><br>    v. <br><br> EMERGENCY MANAGEMENT PARTNERS, LLC, <br><br>      *Defendant*. | Civil Action No.: 1:26-cv-00837-JHR-JFR |

**CORPORATE DISCLOSURE STATEMENT**
**FOR DEFENDANT EMERGENCY MANAGEMENT PARTNERS, LLC**

COMES NOW, Defendant Emergency Management Partners, LLC ("EMP") through its attorneys of record, YLAW, P.C., and for its Corporate Disclosure Statement, made pursuant to FED. R. CIV. P. 7.1, respectfully states as follows:

EMP is a Virginia limited liability company with its principal place of business in Oilville, Virginia.

EMP does not have a parent corporation.

No publicly held corporation owns 10% or more of EMP stock.

EMP will promptly file a supplemental Corporate Disclosure Statement if any required information changes.

Respectfully Submitted,

YLAW, P.C.

*/s/ Andrea K. Robeda*
Andrea K. Robeda
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
(505) 268-6694 (fax)
arobeda@ylawfirm.com

and

ROTH JACKSON GIBBONS CONDLIN, PLC

/s/  *Genevieve C. Bradley*
Genevieve C. Bradley
Rachel Petro
Sean Gibbons
*pro hac vice applications forthcoming*
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
(P) 703-485-3535
(Fax) 703-485-3525
gbradley@rothjackson.com
rpetro@rothjackson.com
sgibbons@rothjackson.com
*Attorneys for Defendant Emergency
Management Partners, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 26th day of May 2026.


*/s/ Andrea K. Robeda*
Andrea K. Robeda